9/22/06 8:54AM

**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Wimbley Group, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-3990536** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**1100 Arlington Heights Road**<br>**Suite 210**<br>**Itasca, IL**          ZIP Code **60143** | Street Address of Joint Debtor (No. & Street, City, and State):          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Du Page** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization)
(Check one box)
- ☐ Individual (includes Joint Debtors)
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity:

**Nature of Business**
(Check all applicable boxes.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7   ■ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 9   ☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
- ☐ Chapter 13

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business   ■ Business

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **The Wimbley Group, Inc** |

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.
I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.

X_____
Signature of Attorney for Debtor(s)       Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

### Certification Concerning Debt Counseling by Individual/Joint Debtor(s)

☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**The Wimbley Group, Inc**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney

X **/s/ Gina B. Krol**
Signature of Attorney for Debtor(s)

**Gina B. Krol 6187642**
Printed Name of Attorney for Debtor(s)

**Cohen & Krol**
Firm Name

**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
Address

**312-368-0300  Fax: 312-368-4559**
Telephone Number

**September 22, 2006**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Lita Wimbley**
Signature of Authorized Individual

**Lita Wimbley**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**September 22, 2006**
Date

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **The Wimbley Group, Inc**                              Case No.
                          Debtor(s)                            Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Black Enterprise**<br>**Earl G. Graves Publishing**<br>**130 Fifth Avenue**<br>**New York, NY 10011** | **Black Enterprise**<br>**Earl G. Graves Publishing**<br>**130 Fifth Avenue**<br>**New York, NY 10011** | | | 105,071.87 |
| **Citi Capital Commercial Corp** | **Citi Capital Commercial Corp** | | | 4,634.64 |
| **Crain Communications**<br>**Stein & Rotman**<br>**105 West Madison Street**<br>**Suite 605**<br>**Chicago, IL 60602** | **Crain Communications**<br>**Stein & Rotman**<br>**105 West Madison Street Suite 605**<br>**Chicago, IL 60602** | pending suit | | 17,111.75 |
| **E&Z Sales & Marketing**<br>**Nat'l Credit&Collection**<br>**T.Costello**<br>**9919 Roosevelt Road**<br>**Westchester, IL 60154** | **E&Z Sales & Marketing**<br>**Nat'l Credit&Collection T.Costello**<br>**9919 Roosevelt Road**<br>**Westchester, IL 60154** | 180129000002 | | 85,500.00 |
| **Equipment Capital Commercial Corp** | **Equipment Capital Commercial Corp** | | | 4,634.00 |
| **Georgia Gannett**<br>**Stein & Rotman**<br>**105 West Madison Street**<br>**Suite 605**<br>**Chicago, IL 60602** | **Georgia Gannett**<br>**Stein & Rotman**<br>**105 West Madison Street Suite 605**<br>**Chicago, IL 60602** | pending suit | | 5,591.33 |
| **Hamilton Partners**<br>**Attention:  Ron Lunt**<br>**1 Pierce Place**<br>**Itasca, IL 60143** | **Hamilton Partners**<br>**Attention:  Ron Lunt**<br>**1 Pierce Place**<br>**Itasca, IL 60143** | rent | | 432,712.76 |
| **Hearst Argyle TV Inc (WBAL-TV)**<br>**Stein & Rotman**<br>**105 West Madison Street**<br>**Suite 605**<br>**Chicago, IL 60602** | **Hearst Argyle TV Inc (WBAL-TV)**<br>**Stein & Rotman**<br>**105 West Madison Street Suite 605**<br>**Chicago, IL 60602** | pending suit | | 34,542.56 |

In re **The Wimbley Group, Inc** _____     Case No. _____

                                                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| I Dept. of Employment Security<br>P.O. Box 802551<br>Chicago, IL 60680-2551 | I Dept. of Employment Security<br>P.O. Box 802551<br>Chicago, IL 60680-2551 | | | 14,089.68 |
| IL Dept. of Revenue<br>Bankruptcy Division<br>100 W. Randolph Street<br>Chicago, IL 60601 | IL Dept. of Revenue<br>Bankruptcy Division<br>100 W. Randolph Street<br>Chicago, IL 60601 | Security & Revenue | | 5,504.71 |
| Internal Revenue Service<br>230 South Dearborn Street<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 | Internal Revenue Service<br>230 South Dearborn Street<br>Mail Stop 5010 CHI<br>Chicago, IL 60604 | 941 | | 358,872.15 |
| Intersport Inc<br>Freeborn & Peters<br>311 South Wacker #3000<br>Chicago, IL 60606 | Intersport Inc<br>Freeborn & Peters<br>311 South Wacker #3000<br>Chicago, IL 60606 | pending suit | | 17,900.00 |
| Johnson Publishing<br>820 South Michigan Avenue<br>Chicago, IL 60605 | Johnson Publishing<br>820 South Michigan Avenue<br>Chicago, IL 60605 | | | 79,940.00 |
| Market Place Media<br>Baker Miller Markoff & Krasny LLC<br>29 North Wacker 5th Floor<br>Chicago, IL 60606 | Market Place Media<br>Baker Miller Markoff & Krasny LLC<br>29 North Wacker 5th Floor<br>Chicago, IL 60606 | pending suit | | 6,408.10 |
| New World Communication of Atlanta<br>Stein & Rotman<br>105 West Madison Street Suite 605<br>Chicago, IL 60602 | New World Communication of Atlanta<br>Stein & Rotman<br>105 West Madison Street Suite 605<br>Chicago, IL 60602 | pending suit | | 12,313.93 |
| Scripps Howard Broadcast<br>Stein & Rotman<br>105 West Madison Street Suite 605<br>Chicago, IL 60602 | Scripps Howard Broadcast<br>Stein & Rotman<br>105 West Madison Street Suite 605<br>Chicago, IL 60602 | pending suit | | 21,375.07 |
| WBFF-TV/ WNUV-TV<br>Newton Associates/ Brad Kresh<br>3001 Division Street<br>Metairie, LA 70002 | WBFF-TV/ WNUV-TV<br>Newton Associates/ Brad Kresh<br>3001 Division Street<br>Metairie, LA 70002 | Ch Fox 45<br>$14,750.00<br>Ch WB 54<br>$13,017.75 | | 27,767.75 |
| Wisconsin Revenue<br>P.O. Box 8901<br>Attention: Bankruptcy<br>Madison, WI 53708-8901 | Wisconsin Revenue<br>P.O. Box 8901<br>Attention: Bankruptcy<br>Madison, WI 53708-8901 | | | 7,306.00 |
| WSB-TV<br>1601 West Peachtree Street<br>Atlanta, GA 30309 | WSB-TV<br>1601 West Peachtree Street<br>Atlanta, GA 30309 | | | 8,202.50 |

In re   **The Wimbley Group, Inc**                                    Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **WUTB/ UPN Szabo Associates Inc 3355 Lenox Road NE 9th Floor Atlanta, GA 30326-1332** | **WUTB/ UPN Szabo Associates Inc 3355 Lenox Road NE 9th Floor Atlanta, GA 30326-1332** | | | **46,750.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 22, 2006**                 Signature   **/s/ Lita Wimbley**
                                                         **Lita Wimbley**
                                                         **Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Form B6D
(10/05)

In re  **The Wimbley Group, Inc**                                            ,    Case No. _____
                              Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **841060701** <br><br>**State Bank & Trust** <br>**444 North Rand Road** <br>**Barrington, IL 60010** | | - | **office equipment** <br>**line of credit** <br><br>Value $   **Unknown** | | | | **352,835.04** | **Unknown** |
| Account No. | | | <br><br>Value $ | | | | | |
| Account No. | | | <br><br>Value $ | | | | | |
| Account No. | | | <br><br>Value $ | | | | | |

_**0**___ continuation sheets attached

Subtotal (Total of this page)   **352,835.04**

Total (Report on Summary of Schedules)   **352,835.04**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

Form B6E
(10/05)

In re  **The Wimbley Group, Inc**                                                                , Case No. _____
                                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

          ___**1**___ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                         Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re **The Wimbley Group, Inc**,                                          Case No. _____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. **4070760-8**  IL Dept. of Employment Security  P.O. Box 802551  Chicago, IL 60680-2551 | - | | | | | 14,089.68 | 14,089.68 |
| Account No.  IL Dept. of Revenue  Bankruptcy Division  100 W. Randolph Street  Chicago, IL 60601 | - | **Security & Revenue** | | | | 5,504.71 | 5,504.71 |
| Account No. **36-3990536**  Internal Revenue Service  230 South Dearborn Street  Mail Stop 5010 CHI  Chicago, IL 60604 | - | **941** | | | | 358,872.15 | 358,872.15 |
| Account No. **524Q2N69**  Wisconsin Revenue  P.O. Box 8901  Attention: Bankruptcy  Madison, WI 53708-8901 | - | | | | | 7,306.00 | 7,306.00 |
| Account No. | | | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  385,772.54  385,772.54

Total (Report on Summary of Schedules)  385,772.54  385,772.54

Form B6F
(10/05)

In re   **The Wimbley Group, Inc**                                          ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Black Enterprise**<br>**Earl G. Graves Publishing**<br>**130 Fifth Avenue**<br>**New York, NY 10011** | - | | | | | | 105,071.87 |
| Account No. **4101580 D1180368**<br><br>**Citi Capital Commercial Corp** | - | | | | | | 4,634.64 |
| Account No. **2006 M1 141688**<br><br>**Crain Communications**<br>**Stein & Rotman**<br>**105 West Madison Street Suite 605**<br>**Chicago, IL 60602** | - | | pending suit | | | | 17,111.75 |
| Account No.<br><br>**Direct Services**<br>**10390 USA Today Way**<br>**Miramar, FL 33025-3901** | - | | | | | | 4,500.00 |

__3__  continuation sheets attached

Subtotal (Total of this page)     131,318.26

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    S/N:29730-060831    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re **The Wimbley Group, Inc** , Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C | U | D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **33GMC00** <br><br>**E&Z Sales & Marketing** <br>**Nat'l Credit&Collection T.Costello** <br>**9919 Roosevelt Road** <br>**Westchester, IL 60154** | - | | 180129000002 | | | | 85,500.00 |
| Account No. **4101580 D1180368** <br><br>**Equipment Capital Commercial Corp** | - | | | | | | 4,634.00 |
| Account No. **2005 M1 181671** <br><br>**Georgia Gannett** <br>**Stein & Rotman** <br>**105 West Madison Street Suite 605** <br>**Chicago, IL 60602** | - | | pending suit | | | | 5,591.33 |
| Account No. <br><br>**Hamilton Partners** <br>**Attention: Ron Lunt** <br>**1 Pierce Place** <br>**Itasca, IL 60143** | - | | rent | | | | 432,712.76 |
| Account No. **2006 M1 130335** <br><br>**Hearst Argyle TV Inc (WBAL-TV)** <br>**Stein & Rotman** <br>**105 West Madison Street Suite 605** <br>**Chicago, IL 60602** | - | | pending suit | | | | 34,542.56 |

Sheet no. __1__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **562,980.65**

Form B6F - Cont.
(10/05)

In re  **The Wimbley Group, Inc**                                         ,    Case No. _____
                           Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2001 L 012039**<br><br>**Intersport Inc**<br>**Freeborn & Peters**<br>**311 South Wacker #3000**<br>**Chicago, IL 60606** | - | | pending suit | | | | 17,900.00 |
| Account No.<br><br>**Johnson Publishing**<br>**820 South Michigan Avenue**<br>**Chicago, IL 60605** | - | | | | | | 79,940.00 |
| Account No. **2001 AR 2183**<br><br>**Market Place Media**<br>**Baker Miller Markoff & Krasny LLC**<br>**29 North Wacker 5th Floor**<br>**Chicago, IL 60606** | - | | pending suit | | | | 6,408.10 |
| Account No. **2005 M1 181672**<br><br>**New World Communication of Atlanta**<br>**Stein & Rotman**<br>**105 West Madison Street Suite 605**<br>**Chicago, IL 60602** | - | | pending suit | | | | 12,313.93 |
| Account No. **2006 M1 105302**<br><br>**Scripps Howard Broadcast**<br>**Stein & Rotman**<br>**105 West Madison Street Suite 605**<br>**Chicago, IL 60602** | - | | pending suit | | | | 21,375.07 |

Sheet no. __2__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **137,937.10**

Form B6F - Cont.
(10/05)

In re **The Wimbley Group, Inc**                                                       ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>WBFF-TV/ WNUV-TV<br>Newton Associates/ Brad Kresh<br>3001 Division Street<br>Metairie, LA 70002 | - | | Ch Fox 45  $14,750.00<br>Ch WB 54  $13,017.75 | | | | 27,767.75 |
| Account No.<br><br>WSB-TV<br>1601 West Peachtree Street<br>Atlanta, GA 30309 | - | | | | | | 8,202.50 |
| Account No.<br><br>WUTB/ UPN<br>Szabo Associates Inc<br>3355 Lenox Road NE 9th Floor<br>Atlanta, GA 30326-1332 | - | | | | | | 46,750.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **82,720.25**

Total
(Report on Summary of Schedules)     **914,956.26**

**United States Bankruptcy Court**
**Northern District of Illinois**

In re  **The Wimbley Group, Inc**                                                Case No.
                                         Debtor(s)                                Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................. $  **12,000.00**
   Prior to the filing of this statement I have received ................................................ $  **12,000.00**
   Balance Due ............................................................................................................. $  **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **September 22, 2006**                              **/s/ Gina B. Krol**
                                                            **Gina B. Krol 6187642**
                                                            **Cohen & Krol**
                                                            **105 West Madison Street**
                                                            **Suite 1100**
                                                            **Chicago, IL 60602**
                                                            **312-368-0300   Fax: 312-368-4559**

## United States Bankruptcy Court
### Northern District of Illinois

In re  **The Wimbley Group, Inc**  ,
Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 22, 2006**                    Signature  **/s/ Lita Wimbley**
                                                **Lita Wimbley**
                                                **Vice President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___**0**___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
**Northern District of Illinois**

In re  **The Wimbley Group, Inc**                                    Case No.

Debtor(s)                                                            Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:   **22**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **September 22, 2006**                 **/s/ Lita Wimbley**
                                              **Lita Wimbley**/**Vice President**
                                              Signer/Title

```
Black Enterprise
Earl G. Graves Publishing
130 Fifth Avenue
New York, NY 10011


Citi Capital Commercial Corp


Crain Communications
Stein & Rotman
105 West Madison Street Suite 605
Chicago, IL 60602


Direct Services
10390 USA Today Way
Miramar, FL 33025-3901


E&Z Sales & Marketing
Nat'l Credit&Collection T.Costello
9919 Roosevelt Road
Westchester, IL 60154


Equipment Capital Commercial Corp



Georgia Gannett
Stein & Rotman
105 West Madison Street Suite 605
Chicago, IL 60602


Hamilton Partners
Attention:  Ron Lunt
1 Pierce Place
Itasca, IL 60143


Hearst Argyle TV Inc (WBAL-TV)
Stein & Rotman
105 West Madison Street Suite 605
Chicago, IL 60602


I Dept. of Employment Security
P.O. Box 802551
Chicago, IL 60680-2551
```

```
IL Dept. of Revenue
Bankruptcy Division
100 W. Randolph Street
Chicago, IL 60601


Internal Revenue Service
230 South Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604


Intersport Inc
Freeborn & Peters
311 South Wacker #3000
Chicago, IL 60606


Johnson Publishing
820 South Michigan Avenue
Chicago, IL 60605


Market Place Media
Baker Miller Markoff & Krasny LLC
29 North Wacker 5th Floor
Chicago, IL 60606


New World Communication of Atlanta
Stein & Rotman
105 West Madison Street Suite 605
Chicago, IL 60602


Scripps Howard Broadcast
Stein & Rotman
105 West Madison Street Suite 605
Chicago, IL 60602


State Bank & Trust
444 North Rand Road
Barrington, IL 60010


WBFF-TV/ WNUV-TV
Newton Associates/ Brad Kresh
3001 Division Street
Metairie, LA 70002
```

```
Wisconsin Revenue
P.O. Box 8901
Attention: Bankruptcy
Madison, WI 53708-8901


WSB-TV
1601 West Peachtree Street
Atlanta, GA 30309


WUTB/ UPN
Szabo Associates Inc
3355 Lenox Road NE 9th Floor
Atlanta, GA 30326-1332
```

# United States Bankruptcy Court
## Northern District of Illinois

In re  **The Wimbley Group, Inc**                                              Case No.
                                         Debtor(s)                             Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **The Wimbley Group, Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 22, 2006**                                  **/s/ Gina B. Krol**
Date                                                    **Gina B. Krol 6187642**
                                                        Signature of Attorney or Litigant
                                                        Counsel for  **The Wimbley Group, Inc**
                                                        **Cohen & Krol**
                                                        **105 West Madison Street**
                                                        **Suite 1100**
                                                        **Chicago, IL 60602**
                                                        **312-368-0300 Fax:312-368-4559**