IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **THE WIMBLEY GROUP, INC.,** | ) | No. 06 B 11942 |
| | ) | |
| Debtor. | ) | JUDGE JACK B. SCHMETTERER |

## **FINAL DECREE**

The estate of the above-named Debtor, having been fully administered and the payments required by the Debtor's Confirmed Chapter 11 Plan of Reorganization having been substantially completed, IT IS HEREBY ORDERED THAT:

The final Decree is hereby entered and the Chapter 11 case of the above-named Debtor is closed.

ENTER:

_____
BANKRUPTCY JUDGE

DATED:

JOSEPH E. COHEN
GINA B. KROL
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602
3l2/368-0300