IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **THE WIMBLEY GROUP, INC.,** | ) | No. 06 B 11942 |
| | ) | |
| Debtor(s). | ) | Judge Jack B. Schmetterer |
| | ) | Hrg: 12/6/07 - 10:00 a.m. |

## PROOF OF SERVICE

TO:    ATTACHED SERVICE LIST

I, GINA B. KROL, state that copies of the attached Notice of Hearing on the Debtors Motion for Entry of Final Decree, in the above-referenced matter, were served upon the persons on the attached Service List, by First Class, U.S. Mail, this 13th day of November, 2007.

/s/  GINA B. KROL
One of Attorneys for Debtor

JOSEPH E. COHEN
GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste 1100
Chicago, IL  60602
312/368-0300

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **THE WIMBLEY GROUP, INC.,** | ) | No. 06 B 11942 |
| | ) | |
| | ) | Judge Jack B. Schmetterer |
| Debtor(s). | ) | Hearing: 12/6/07 - 10:00 a.m. |

## N O T I C E

TO CREDITORS AND PARTIES IN INTEREST OF THE ABOVE-NAMED DEBTOR:

**YOU ARE HEREBY NOTIFIED** that THE WIMBLEY GROUP, INC., Debtor herein, by and through its Attorneys, GINA B. KROL and COHEN & KROL, filed its Motion for Entry of Final Decree. The Debtor filed a Chapter 11 petition on September 22, 2006.

**YOU ARE FURTHER NOTIFIED** that this Honorable Court entered an Order confirming the Debtor's Plan of Reorganization on August 13, 2007. The Debtor has made the initial distributions due under the Plan. The Debtor has substantially complied with all of the terms contained in its confirmed Chapter 11 Plan.

**YOU ARE FURTHER NOTIFIED** that a hearing will be held on said Motion on the 6th day of December, 2007 at the hour of 10:00 a.m. before the Honorable **JACK B. SCHMETTERER,** Bankruptcy Judge, in Courtroom No. 682, United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois. Any party objecting to said Motion may do so up to the time of the hearing.

**YOU ARE FURTHER NOTIFIED** that this hearing may be continued from time to time without further notice to you other than the announcement in open Court of the continued date.

JOSEPH E. COHEN                                           THE WIMBLEY GROUP, INC., Debtor
GINA B. KROL
COHEN & KROL
105 West Madison Street
Suite 1100                          BY:            /s/  GINA B. KROL
Chicago, IL 60602                                          One of Attorneys for Debtor
312/ 368-0300
(Notices/FinalDecree.WIMBLEYGROUP)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 06-11942<br>Northern District of Illinois<br>Chicago<br>Mon Nov 12 14:27:43 CST 2007 | Joy Art Music, Inc.<br>1100 West Lake Street, Suite LL38<br>Oak Park, IL 60301-1034 | The Wimbley Group, Inc<br>1100 Arlington Heights Road<br>Suite 210<br>Itasca, IL 60143-3111 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AAA<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174-0002 | AGT Broadcasting/DG Systems<br>PO Box 671403<br>Dallas, TX 75267-1403 |
| AT&T<br>1800 Conference<br>PO Box 5075<br>Saginaw, MI 48605-5075 | Aetna<br>PO Box 44129<br>Jacksonville, FL 32231-4129 | Andrew Zahaykevich<br>510 Mullock Road<br>Port Jervis, NY 12771-3614 |
| Black Enterprise<br>Earl G. Graves Publishing<br>130 Fifth Avenue<br>New York, NY 10011-4399 | Blue Cross/Blue Shield<br>300 E Randolph Street<br>Chicago, IL 60601-5099 | Business Journal Phoenix<br>101 North First Avenue S 2300<br>Phoenix, AZ 85003-1903 |
| Charles Walker<br>M&W Marketing<br>2 Market Street 2nd Floor<br>Paterson, NJ 07501-1726 | Charles Wimbley Jr<br>The Wimbley Group<br>1100 N Arlington Heights Rd #21<br>Itasca, IL 60143-3111 | Cingular<br>Afini<br>404 Brock Drive<br>Bloomington, IL 61701-2654 |
| Citi Capital Commercial Corp<br>5201 Congress Avenue S225<br>Boca Raton, FL 33487-3629 | ComEd Company<br>Attn Revenue Management Dept<br>2100 Swift Drive<br>Oak Brook IL 60523-1559 | Crain Communications<br>Stein & Rotman<br>105 West Madison Street Suite 605<br>Chicago, IL 60602-4602 |
| Digital Generation Systems<br>c/o Baker, Miller, Markoff & Krasny, LLC<br>29 N. Wacker Drive, 5th Floor<br>Chicago, IL 60606-3227 | Direct Services<br>10390 USA Today Way<br>Miramar, FL 33025-3901 | E&Z Sales & Marketing<br>Nat'l Credit&Collection T.Costello<br>9919 Roosevelt Road<br>Westchester, IL 60154-2774 |
| Emma Young<br>319 East 87th Street<br>Chicago, IL 60619-6041 | FGMK LLC<br>2801 Lakeside Drive 3rd Fl<br>Bannockburn, IL 60015-1275 | Fedex Customer Information Service<br>Attn Revenue Recovery<br>2005 Corporate avenue 2nd Fl<br>Memphis, TN 38132-1702 |
| Georgia Gannett<br>Stein & Rotman<br>105 West Madison Street Suite 605<br>Chicago, IL 60602-4602 | Hamilton Partners<br>Attention: Ron Lunt<br>1 Pierce Place<br>Itasca, IL 60143-1253 | Hamilton Partners<br>Gene Moskowitz & Assoc Ltd<br>205 W Wacker Dr #1600<br>Chicago, IL 60606-1441 |
| Hearst Argyle TV Inc (WBAL-TV)<br>Stein & Rotman<br>105 West Madison Street Suite 605<br>Chicago, IL 60602-4602 | Human Resources Executive<br>LRP Magazine Group<br>PO Box 24668<br>West Palm Beach, FL 33416-4668 | I Dept. of Employment Security<br>P.O. Box 802551<br>Chicago, IL 60680-2551 |

| | | |
|---|---|---|
| IL Department of Employment Security<br>33 South State Street<br>Chicago, IL 60603-2802 | IL Dept. of Revenue<br>Bankruptcy Division<br>100 W. Randolph Street<br>Chicago, IL 60601-3218 | Illinois Department Of Revenue<br>100 West Randolph Ste 7-400<br>Bankruptcy Unit<br>Chicago, Illinois 60601-3218 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | Intersport Inc<br>Freeborn & Peters<br>311 South Wacker #3000<br>Chicago, IL 60606-6679 | Intersport, Inc.<br>c/o Kathryn Thomas, Esq.<br>Freeborn & Peters LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL 60606-6679 |
| Johnson Publishing<br>820 South Michigan Avenue<br>Chicago, IL 60605-2191 | Joy Art Music<br>2425 Main Street<br>Evanston, IL 60202-1547 | Joy Art Music, Inc.<br>c/o Law Office of Marlin R. Kirby<br>1100 West Lake Street, Suite LL38<br>Oak Park, Illinois 60301-1034 |
| Kohn Roseth & Associates Ltd<br>89 Lincoldwood Road<br>Highland Park, IL 60035-5229 | Lita Wimbley<br>The Wimbley Group<br>1100 N Arlington Heights Rd #21<br>Itasca, IL 60143-3111 | M & W Marketing Inc<br>2 Market St 2nd Fl<br>Paterson, NJ 07501-1726 |
| M Power Communication<br>PO Box 36430<br>Las Vegas, NV 89133-6430 | Market Place Media<br>Baker Miller Markoff & Krasny LLC<br>29 North Wacker 5th Floor<br>Chicago, IL 60606-2854 | Michigan Dept Of Treasury<br>PO Box 30199<br>Lansing, MI 48909-7699 |
| Miriam Gonzales<br>7011 S Constance Avenue<br>Chicago, IL 60649-2011 | NEW WORLD COMMUNICATIONS OF ATLANTA<br>C/O STEIN & ROTMAN<br>105 W. MADISON STREET #600<br>CHICAGO, ILLINOIS 60602-4672 | NIA Enterprises<br>29 W Hubbard Street #200<br>Chicago, IL 60610-4605 |
| National Baptist Voice<br>World Baptist Hqtr<br>1700 Baptist World Drive<br>Nashville, TN 37207-4950 | New World Communication of Atlanta<br>Stein & Rotman<br>105 West Madison Street Suite 605<br>Chicago, IL 60602-4602 | Pet Leopard Communications<br>5345 S Hyde Park Blvd #2 East<br>Chicago, IL 60615-5722 |
| Scripps Howard Broadcast<br>Stein & Rotman<br>105 West Madison Street Suite 605<br>Chicago, IL 60602-4602 | Simple Distribtors LLC<br>2000 W Carroll Suite 403<br>Chicago, IL 60612-1677 | State Bank & Trust<br>444 North Rand Road<br>Barrington, IL 60010-1401 |
| State of Wisconsin, Dept of Revenue<br>P.O. Box 8901<br>Attention: Bankruptcy<br>Madison, WI 53708-8901 | Talent Partners<br>3603 Paysphere Circle<br>Chicago, IL 60674-0036 | UPS<br>Allied Interstate Inc<br>PO Box 36135<br>Columbus, OH 43236 |
| Unibind Inc<br>11810 Wills Blvd<br>Alpharetta, GA 30004-2081 | Urban Influence<br>T Brown Publishing Inc<br>19900 Governors Drive<br>Olympia Fields, IL 60461-1057 | WBFF-TV/ WNUV-TV<br>Newton Associates/ Brad Kresh<br>3001 Division Street<br>Metairie, LA 70002-5854 |

| | | |
|---|---|---|
| WMAR<br>Stein & Rotman<br>105 W Madison Street Suite 605<br>Chicago, IL 60602-4602 | WSB-TV<br>1601 West Peachtree Street<br>Atlanta, GA 30309-2641 | WUTB-TV<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road, 9th Floor<br>Atlanta, GA 30326-1394 |
| WUTB/ UPN<br>Szabo Associates Inc<br>3355 Lenox Road NE 9th Floor<br>Atlanta, GA 30326-1394 | WXIA<br>Stein & Rotman<br>105 W Madison Street Suite 605<br>Chicago, IL 60602-4602 | XO Communications Services<br>9201 N Central Expressway<br>Dallas, TX 75231-5916 |
| Gina B Krol ESQ<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 | Joseph E Cohen Atty<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 | Linda M Kujaca<br>SmithAmundsen, LLC<br>150 N. Michigan Avenue<br>Suite 3300<br>Chicago, IL 60601-6004 |
| William T Neary<br>Office of the U.S. Trustee, Region 11<br>227 W. Monroe Street<br>Suite 3350<br>Chicago, IL 60606-5025 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Hamilton Partners | (u)M & W Marketing, Inc | (u)WUTB - TV |
| (u)Equipment Capital Commercial Corp | (u)Konica Minolta Business<br>Solutions USA Inc<br>100 Williams Drive | (u)Telephone: (312) 360-6000 |
| (u)Norman G Kellerman<br>FGMK LLC | End of Label Matrix<br>Mailable recipients    69<br>Bypassed recipients    7<br>Total                  76 | |